## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**WILBERT CROOK, #94141**                                             **PETITIONER**

**v.**                                    **CIVIL ACTION NO. 1:13-CV-551-KS-MTP**

**CHRISTOPHER EPPS, et al.**                                       **RESPONDENT**

## JUDGMENT

For the reasons stated in the Court's previous Memorandum Opinion and Order and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment against Petitioner Wilbert Crook. The Petition [1] is dismissed with prejudice. This case is closed.

SO ORDERED AND ADJUDGED this the 26th day of January, 2016.

                                                             *s/Keith Starrett*
                                                             UNITED STATES DISTRICT JUDGE